

## SCHULTEN WARD TURNER & WEISS

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Writer's Direct Dial: (404) 688-8277
Writer's Facsimile: (404) 688-6840
Writer's e-mail address: d.fuchs@swtwlaw.com

April 18, 2023

**By CM/ECF Electronic Filing**
Brittany Poley, Courtroom Deputy to the
Hon. Leigh Martin May, U.S. District Judge
2167 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Re:   Astoria King, et al. v. Three Sisters Entertainment, Inc., et al.
      U.S. District Court, N.D. Georgia; CAF 1:22-CV-04235-LMM

      Leave of Absence for Attorney Dean R. Fuchs
      SWT File No. 5650.011

Dear Ms. Poley:

    I am co-counsel for the Plaintiff in the above-referenced civil action. Pursuant to N. D. Ga. Local Rule 83.1(3), this letter shall serve as my request that this matter not be calendared during the period of my leave, as follows:

**June 24, 2023-July 7, 2023**

The reason for this leave is for travel out of the country. I appreciate the Court's attention to this letter.

Sincerely,

*Dean R. Fuchs*

Dean R. Fuchs

DRF/ao
cc:   All counsel of record (via CM/ECF)