IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ASTORIA KING, Individually and**             **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.             No. 1:22-cv-4235-LMM

**THREE SISTER'S ENTERTAINMENT, INC.**         **DEFENDANTS**
**and NIANNA WRIGHT**

## ORDER

This matter having come before the Court on the parties' consent motion to extend the time in which the parties may conduct discovery, and good cause having been shown, the consent motion is hereby GRANTED. The discovery period shall be extended through and including September 19, 2023, and all other pretrial deadlines shall likewise be extended accordingly.

This _____ day of _____, 2023.

                                                       _____
                                                       LEIGH MARTIN MAY
                                                       U.S. DISTRICT JUDGE