IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ASTORIA KING, individually and on behalf of those similarly situated,**<br>　　　**Plaintiff,**<br>vs.<br>**THREE SISTERS ENTERTAINMENT, INC., et al,**<br>　　　**Defendants.** | **CIVIL ACTION 1:22-cv-04235-LMM** |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiff Astoria King, individually and on behalf of all others similarly situated, in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*_____
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

  I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Dean R. Fuchs, Esq.
SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
Telephone: (404) 688-6800
Facsimile: (404) 688-6840
d.fuchs@swtwlaw.com

A. Keith Logue
LOGUE LAW, PC
3423 Weymouth Court
Marietta, Georgia 30062
Telephone: (770) 321-5750
keith@logue-law.com

*/s/ Colby Qualls*_____
**Colby Qualls**