IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ASTORIA KING, Individually and**                     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                No. 1:22-cv-4235-LMM

**THREE SISTER'S ENTERTAINMENT, INC.**         **DEFENDANTS**
**and NIANNA WRIGHT**

## **ORDER**

This matter having come before the Court on the parties' consent motion to extend the time in which the parties may conduct discovery, and good cause having been shown, the consent motion is hereby GRANTED. The discovery period shall be extended through and including January 12, 2024, and all other pretrial deadlines shall likewise be extended accordingly.

This _____ day of _____, 2023.

                                          _____
                                          LEIGH MARTIN MAY
                                          U.S. DISTRICT JUDGE