IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ASTORIA KING, Individually and
on Behalf of All Others Similarly Situated**

**PLAINTIFF**

vs.
CIVIL ACTION NO.
1:22-cv-4235-LMM

**THREE SISTER'S ENTERTAINMENT, INC.
and NIANNA WRIGHT**

**DEFENDANTS**

## ORDER

This matter having come before the Court on the parties' consent motion to extend the time in which the parties may conduct discovery, and good cause having been shown, the consent motion is hereby GRANTED. The discovery period shall be extended through and including January 12, 2024, and all other pretrial deadlines shall likewise be extended accordingly. The Court will be reluctant to grant future extensions to discovery absent extraordinary cause. This 1st day of November, 2023.

_____
LEIGH MARTIN MAY
U.S. DISTRICT JUDGE