IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASTORIA KING, individually and on behalf of those similarly situated,<br>       Plaintiff,<br>vs.<br>THREE SISTERS ENTERTAINMENT, INC., et al,<br>       Defendants. | CIVIL ACTION<br>1:22-cv-04235-LMM |

## JOINT NOTICE OF SETTLEMENT AND MOTION FOR TIME TO MOVE FOR SETTLEMENT APPROVAL

Plaintiff Astoria King ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendants Three Sister's Entertainment, Inc. and Nianna Wright ("Defendants"), by and through their undersigned counsel, jointly notify the Court that the Parties have reached an agreement to resolve all remaining claims at issue in this matter and respectfully request 45 days to move for Court approval of the settlement. In support of this Motion, the Parties state the following:

1. Plaintiff initiated this action on October 24, 2022, alleging that Defendants violated the Fair Labor Standards Act ("FLSA") by failing to pay Plaintiff proper minimum wages and overtime compensation. [Doc. 1].

2. Plaintiff brought her FLSA claims as a putative collective action but

Page 1 of 4
Astoria King v. Three Sister's Entertainment, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 1:22-cv-4235-LMM
Joint Notice of Settlement and Motion for Time to Move for Settlement Approval

ultimately did not file a Motion for Conditional Certification.

3. Discovery in this matter is set to close on Friday, January 12, 2024. [Doc. 30].

4. The Parties have been engaged in discussions to determine whether they can resolve all remaining claims of Plaintiff at issue and settle the case. As a result of these discussions, the Parties have reached an agreement to resolve all claims still at issue and settle the case.

5. Because the Parties' settlement compromises Plaintiff's FLSA claims, the Parties intend to seek the Court's approval of their settlement.

6. The Parties are currently working on the settlement-related documents, including the terms and conditions of their settlement agreement. The Parties estimate that it will take up to 45 days to prepare the settlement agreement and to prepare and submit the motion for settlement approval and supporting papers for the Court's consideration.

7. The Parties, therefore, respectfully request that the Court stay all pending deadlines in this matter and provide the Parties 45 days to complete and file the Motion for Settlement Approval and any related documents.

8. This Motion is brought for good cause, will not unduly delay the proceedings, and will not prejudice either Party. The requested stay of all pending

Page 2 of 4
Astoria King v. Three Sister's Entertainment, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 1:22-cv-4235-LMM
Joint Notice of Settlement and Motion for Time to Move for Settlement Approval

deadlines is consistent with Rule 1, which states that the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

9. Defendants join Plaintiff in this request and in this Motion.

10. For the Court's convenience, a proposed order is provided.

This 11th day of January, 2024.

                          Respectfully submitted,

                          **PLAINTIFF ASTORIA KING**

                          FORESTER HAYNIE, PLLC
                          400 North Saint Paul Street, Ste. 700
                          Dallas, Texas 75201
                          Telephone: (214) 210-2100

                          */s/ Colby Qualls*
                          Colby Qualls
                          Ark. Bar No. 2019246
                          cqualls@foresterhaynie.com

                          **LEAD COUNSEL FOR PLAINTIFF**

                          SCHULTEN WARD TURNER & WEISS, LLP
                          260 Peachtree Street, Suite 2700
                          Atlanta, Georgia 30303
                          Telephone: 404-688-6800
                          Facsimile: 404-688-6840

Page 3 of 4
Astoria King v. Three Sister's Entertainment, Inc., et al.
U.S.D.C. (N.D. Ga.) No. 1:22-cv-4235-LMM
**Joint Notice of Settlement and Motion for Time to Move for Settlement Approval**

      Dean R. Fuchs
      Ga. Bar No. 279170
      d.fuchs@swtwlaw.com

      **LOCAL COUNSEL FOR PLAINTIFF**

and  **THREE SISTER'S ENTERTAINMENT, INC., and NIANNA WRIGHT, DEFENDANTS**

      LOGUE LAW, PC
      3423 Weymouth Court
      Marietta, Georgia 30062
      Telephone: (770) 321-5750

      */s/ Keith Logue*
      A. Keith Logue
      Ga. Bar No. 456250
      keith@logue-law.com

      **COUNSEL FOR DEFENDANTS**

**Page 4 of 4**
**Astoria King v. Three Sister's Entertainment, Inc., et al.**
**U.S.D.C. (N.D. Ga.) No. 1:22-cv-4235-LMM**
**Joint Notice of Settlement and Motion for Time to Move for Settlement Approval**