IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ASTORIA KING, Individually and**                                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                       No. 1:22-cv-4235-LMM

**THREE SISTER'S ENTERTAINMENT, INC.**                          **DEFENDANTS**
**and NIANNA WRIGHT**

## <u>ORDER</u>

This matter having come before the Court on the parties' joint notice of
settlement and motion for time to move for settlement approval, and good cause
having been shown, the joint motion is hereby GRANTED. All pending deadlines
in this matter are STAYED. The Parties shall have 45 days from the entry of this
Order to complete and file the Motion for Settlement Approval and any related
documents.

SO ORDERED this _____ day of _____, 2024.


_____
LEIGH MARTIN MAY
U.S. DISTRICT JUDGE