IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ASTORIA KING, Individually and
on Behalf of All Others Similarly Situated
    PLAINTIFF

vs.                                                           No. 1:22-cv-4235-LMM

THREE SISTER'S ENTERTAINMENT, INC.
and NIANNA WRIGHT
    DEFENDANTS

## ORDER

This matter having come before the Court on the parties' joint notice of settlement and motion for time to move for settlement approval, and good cause having been shown, the joint motion is hereby GRANTED. All pending deadlines in this matter are STAYED. The Parties shall have 45 days from the entry of this Order to complete and file the Motion for Settlement Approval and any related documents.

SO ORDERED this __12th__ day of ____January____, 2024.

_____
LEIGH MARTIN MAY
U.S. DISTRICT JUDGE