IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ASTORIA KING, Individually and** <br> **on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| vs.    No. 1:22-cv-4235-LMM | |
| **THREE SISTER'S ENTERTAINMENT, INC.** <br> **and NIANNA WRIGHT** | **DEFENDANTS** |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Settlement Approval and Dismissal of this Action with Prejudice ("Joint Motion"). This Court has considered the Joint Motion, the pleadings, other filings in this matter, and the positions of counsel. This Court makes the following findings:

1. Plaintiff alleges that Defendants did not pay her a wage for her hours worked, resulting in a violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*.

2. Defendants deny Plaintiff's allegations and aver that they are not subject to and covered by the FLSA, and even if they were, that they were not Plaintiff's employers. Furthermore, Defendants dispute the number of hours worked claimed by Plaintiff.

3. A bona fide dispute therefore exists between the Parties as to liability and the amount of damages, if any, due to Plaintiff.

4. The Parties are each represented before the Court by counsel and have agreed to settlement and compromise of all claims between them.

5. Upon review, the Court finds that the Settlement Agreement attached to the Parties' Motion as Exhibit 1 is fair to both Parties and merits the approval of this Court.

6. The executed Settlement Agreement disposes of the dispute and all claims and causes of action between the Parties in this case.

IT IS THEREFORE ORDERED that the Parties' Joint Motion for Settlement Approval and Dismissal of this Action with Prejudice is GRANTED and the settlement between them set forth in the Settlement Agreement is APPROVED.

IT IS FURTHER ORDERED that this matter is hereby DISMISSED with prejudice. This Court shall retain jurisdiction for the limited purpose of enforcing the terms of the settlement, if necessary.

SO ORDERED this _____ day of _____, 2024.

_____
LEIGH MARTIN MAY
U.S. DISTRICT JUDGE