# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-04235-LMM
## King v. Three Sisters Entertainment, Inc. et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 03/06/2024.

TIME COURT COMMENCED: 10:01 A.M.
TIME COURT CONCLUDED: 10:08 A.M.    COURT REPORTER: Montrell Vann
TIME IN COURT: 00:07                DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | A. Logue representing Three Sisters Entertainment, Inc.<br>A. Logue representing Nianna Wright<br>Colby Qualls representing Astoria King |
| PROCEEDING CATEGORY: | Telephone Conference (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [33] Motion for Settlement GRANTED |
| MINUTE TEXT: | A Telephone Conference was held on the parties' [33] Joint Motion for Settlement Approval and Dismissal of Action with Prejudice. The Court heard from Plaintiff and Defendants' counsel regarding the settlement and approved the agreement. |
| HEARING STATUS: | Hearing Concluded |